NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD CLAMPITT and GINA )
CLAMPITT, )
  )
      Appellants, )
  )
v. )     Case No. 2D17-819
  )
MARIE WICK, as assignee of JERRY )
MASTRANGELO, )
  )
      Appellee. )
_____ )

Opinion filed March 16, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Jennifer Erin Jones of McIntyre
Thanasides Bringgold Elliott Grimaldi &
Guito, P.A., Tampa, for Appellants.

Alexander Allred of Hillard, Cuykendall &
Allred, P.A., Largo, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and CRENSHAW, JJ., Concur.